United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS DIEGO ZAPATA FONSECA<br><br>Plaintiff,<br><br>v.<br><br>VIGO IMPORTING CO.,<br><br>Defendant. | Case No. 16-cv-02055-EJD<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: January 17, 2017<br>Mediator: Hon. John True (Ret.) |

IT IS HEREBY ORDERED that the request to excuse plaintiff Luis Diego Fonseca from appearing in person at the January 17, 2017, mediation before Hon. John True (Ret.) is GRANTED. The representative shall participate actively by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: January 13, 2017

_____
Maria-Elena James
United States Magistrate Judge