**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

**SALPETER GITKIN, LLP**
James P. Gitkin
One East Broward Boulevard, Suite 1500
Ft. Lauderdale, FL 33301
Telephone: (954) 467-8622
Facsimile: (954) 467-8623
E-Mail: jim@salpetergitkin.com

Attorneys for Plaintiff

GRANTED
Judge Edward J. Davila
3/8/2017

The Clerk shall close this file.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS DIEGO ZAPATA FONSECA, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>         v.<br><br>VIGO IMPORTING CO.,<br><br>                      Defendant. | Case No. 5:16-cv-02055 -EJD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |

1  Plaintiff Luis Diego Zapata Fonseca ("Plaintiff") and Defendant Vigo Importing Co. ("Defendant"), by and through their respective undersigned attorneys, HEREBY STIPULATE AND AGREE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismisses all claims in this action against Defendant with prejudice.  Each party agrees to bear its own attorneys' fees and costs.

Dated: March 7, 2017

**BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
      L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
ltfisher@bursor.com

**SALPETER GITKIN, LLP**
James P. Gitkin
One East Broward Boulevard, Suite 1500
Ft. Lauderdale, FL 33301
Telephone: (954) 467-8622
Facsimile: (954) 467-8623
jim@salpetergitkin.com

*Attorneys for Plaintiff*

Dated:  March 7, 2017

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Sascha Henry*
      Sascha Henry

Sascha Henry (State Bar No. 191914)
Juthamas J. Suwatanapongched (State Bar No. 266313)
Robin A. Achen (State Bar No. 266313)
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone:  (213) 620-1780
Facsimile:  (213) 620-1398
shenry@sheppardmullin.com
jsuwatanapongched@sheppardmullin.com
rachen@sheppardmullin.com

*Attorneys for Defendant Vigo Importing Co.*